# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HALEY <br><br> PLAINTIFF(S) <br><br> v. <br><br> ROBERT L. WILKE <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:20−cv−11651−CAS−JC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/28/2020 | 1 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Summons Request was filed under the incorrect event. The correct event is: Civil Events > Service Documents > Service/Waivers of Summons and Complaints > Summons Request.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: December 30, 2020

By: /s/ *Jeannine Tillman*
*jeannine_tillman@cacd.uscourts.gov*
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −